UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VIRGIL GOODSON,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No. 5:17-cv-10-Oc-37PRL

OS RESTAURANT SERVICES, LLC,

      Defendant.

## ORDER

This matter is before the Court on the following: (1) Joint Motion for Approval of Settlement and Dismissal with Prejudice and Incorporated Memorandum of Law (Doc. 25); and (2) Report and Recommendation (Doc. 26 ("**Report**")).

### DISCUSSION

When written objections to the proposed findings and recommendations in a magistrate judge's report and recommendation are filed, the district court must make a de novo determination of the portions of the report to which an objection is made. 28 U.S.C. § 636(b)(1). But when the litigants fail to file specific objections, the district court reviews the report and recommendation for clear error—not under the stricter de novo standard of review. *See Garvey v. Vaugh*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Ultimately, the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

Here, no party objected to the Report, and the time to do so has passed. Accordingly, in the absence of objections, the Court has reviewed the Report for clear error and has found none. As such, the Report is due to be adopted in its entirety.

## CONCLUSION

Upon consideration, **IT IS ORDERED** that:

(1) U.S. Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 26) is **ADOPTED, CONFIRMED**, and made part of this Order.

(2) Joint Motion for Approval of Settlement and Dismissal with Prejudice and Incorporated Memorandum of Law (Doc. 25) is **GRANTED**.

(3) The Settlement Agreement and Release (Doc. 25-1) is **APPROVED**.

(4) This action is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is **DIRECTED TO CLOSE** this file.

**DONE AND ORDERED** in Orlando, Florida, this 6th day of April, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record